*tin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

No. 12–7917. MARTIN *v.* SKORY ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*). JUSTICE ALITO took no part in the consideration or decision of this motion and this petition.

No. 12M93. JACKSON *v.* HARTLEY, WARDEN; and
No. 12M94. NATKUNANATHAN *v.* COMMISSIONER OF INTERNAL REVENUE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 12–7907. DELGADO *v.* ILLINOIS. App. Ct. Ill., 1st Dist.;
No. 12–8217. J. C. B. *v.* PENNSYLVANIA STATE POLICE. Super. Ct. Pa.; and
No. 12–8321. BOUCHAT *v.* MARYLAND. Ct. App. Md. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 18, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–8456. IN RE ROLAND;
No. 12–8475. IN RE GORDON; and
No. 12–8539. IN RE BURKS. Petitions for writs of habeas corpus denied.

No. 12–8540. IN RE JOHNSON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 12–414. BURT, WARDEN *v.* TITLOW. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.